## STATE OF CONNECTICUT *v.* WILLETTE NANCE

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 392 (AC 30047), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Elizabeth M. Inkster*, senior assistant public defender, and *Molly H. Arabolos*, assistant public defender, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided April 7, 2010

## GREGORY JOHNSON *v.* COMMISSIONER OF CORRECTION

The petitioner Gregory Johnson's petition for certification for appeal from the Appellate Court, 119 Conn. App. 904 (AC 30158), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Matthew J. Collins*, special public defender, in support of the petition.

*Nancy L. Chupak*, senior assistant state's attorney, in opposition.

Decided April 7, 2010

## CONSERVATION COMMISSION OF THE TOWN OF FAIRFIELD *v.* RED 11, LLC

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 377 (AC 30212), is denied.